

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00287-CV

**IN THE INTEREST OF L.I.C.S.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01026
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating the parental rights of appellant, L.S.[2] Because appellant, L.S., is indigent, no costs of this appeal are assessed.

SIGNED March 16, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] The Honorable David Canales is the presiding judge of the 73rd Judicial District Court. The Honorable Susan Reed, sitting by assignment, signed the order of termination.
[2] To protect the identities of the minor child in this appeal, we refer to the parent and child by their initials. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8(b)(2).